### 19749. MACK v. THE STATE.

BROYLES, C. J. The evidence tending to connect the accused with the offense charged was circumstantial, and, while raising a suspicion of his guilt, was not sufficient to authorize his conviction.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 9, 1929.

*Stephens & Kea,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.